Case 3:04-cv-02835-MJJ Document 140 Filed 06/24/2005 Page 1 of 6

David E. Cranston (SBN 122558)
Jennifer T. Taggart (SBN 180015)
Shiraz D. Tangri (SBN 203037)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590
Telephone: (310) 553-3610
Fax: (310) 553-0687

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNION PACIFIC RAILROAD COMPANY;

Plaintiff,

v.

WEST COAST WELDERS SUPPLY CO., INC., *et al.*;

Defendants.

Case No. C 04-02835 MJJ

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR BRIEFING SCHEDULE AND COMPELLING INSURANCE CARRIERS TO ATTEND MEDIATION**

This Stipulation is made and entered into by the parties in this action, with reference to the following:

WHEREAS, Plaintiff Union Pacific Railroad Company filed its Third Amended Complaint on January 7, 2005;

WHEREAS, on April 28, 2005, defendant Optical Coating Laboratory, Inc. ("OCLI") filed a Motion to Dismiss the Third Amended Complaint;

WHEREAS, on May 2, 2005, defendant Irving Kesler filed a Motion for Judgment on the Pleadings;

WHEREAS, on May 2, 2005, defendants Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. filed Notices of Joinder in the motions filed by OCLI and Irving Kesler;

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Case 3:04-cv-02835-MJJ Document 140 Filed 06/24/2005 Page 2 of 6

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

WHEREAS, on May 2, 2005, defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, as an individual and as Trustee of the Richard L. Bradley Trust, filed a Motion for Judgment on the Pleadings through Partial Joinder in OCLI's Motion to Dismiss;

WHEREAS, on May 10, 2005, defendants West Coast Metals, Inc., William Whitman, and Gardner filed a Joinder in the motions of OCLI and Irving Kesler;

WHEREAS, all of the above-referenced motions and joinders (collectively, the "Motions") were scheduled for hearing on June 7, 2005;

WHEREAS, at the May 3, 2005, Case Management Conference, the Court continued the hearing date for the Motions until July 12, 2005;

WHEREAS, as agreed to by the parties to facilitate mediation and settlement of this matter, the hearing date was continued until July 26, 2005, and the briefing schedule was modified pursuant to the Stipulation and Order For Briefing Schedule, executed by the Court on May 13, 2005;

WHEREAS, the parties attended mediation on June 21, 2005 before the Hon. William L. Bettinelli (Ret.) of JAMS;

WHEREAS, the parties remain interested in attempting to resolve this matter early in the litigation, *inter alia*, to minimize litigation costs and conserve judicial resources;

WHEREAS, at the June 21, 2005 mediation, Judge Bettinelli recommended and the parties agreed to proceed with a further mediation on or about July 14, 2005, and to pursue other settlement discussions; and

WHEREAS, the parties believe that the July 14, 2005 mediation, additional mediation sessions and other settlement discussions (collectively, the "Mediation") will be facilitated by an order of this Court to compel the attendance and/or participation of any representatives with settlement decision-making authority of any insurer or alleged insurer of the parties at the Mediation, as necessary and consistent with N.D. ADR Local Rule 6-9(c);

Case 3:04-cv-02835-MJJ Document 140 Filed 06/24/2005 Page 3 of 6

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

WHEREAS, the parties believe that good cause exists to continue the hearing date until September 13, 2005, and to further modify the briefing schedule for the Motions to allow the parties to continue settlement discussions, prepare for the Mediation, minimize litigation costs, and conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

1. Plaintiff's oppositions shall be served and filed on July 28, 2005;
2. Defendants shall serve and file reply papers on August 25, 2005;
3. All Motions shall be heard on September 13, 2005 at 9:30 a.m.; and
4. The parties request an Order compelling the attendance and participation of representatives with settlement decision-making authority of any insurer or alleged insurer of the parties at the Mediation, including Atlantic Mutual Insurance Company, Continental Casualty Company (or other member of CNA Insurance Companies), Fireman's Fund Insurance Company, and Nationwide Insurance Company, as necessary and consistent with N.D. ADR Local Rule 6-9(c).

DATED: June 24, 2005

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: ______________________
Shiraz D. Tangri
Attorneys for Plaintiff

DATED: June __, 2005

LEVY, RAM & OLSON, L.L.P.

By: ______________________
Arthur D. Levy
Attorneys for Defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

WHEREAS, the parties believe that good cause exists to continue the hearing date until September 13, 2005, and to further modify the briefing schedule for the Motions to allow the parties to continue settlement discussions, prepare for the Mediation, minimize litigation costs, and conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

1. Plaintiff's oppositions shall be served and filed on July 28, 2005;
2. Defendants shall serve and file reply papers on August 25, 2005;
3. All Motions shall be heard on September 13, 2005 at 9:30 a.m.; and
4. The parties request an Order compelling the attendance and participation of representatives with settlement decision-making authority of any insurer or alleged insurer of the parties at the Mediation, including Atlantic Mutual Insurance Company, Continental Casualty Company (or other member of CNA Insurance Companies), Fireman's Fund Insurance Company, and Nationwide Insurance Company, as necessary and consistent with N.D. ADR Local Rule 6-9(c).

DATED: June __, 2005

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By:__________
Shiraz D. Tangri
Attorneys for Plaintiff

DATED: June 24, 2005

LEVY, RAM & OLSON, L.L.P.

By: [signature]
Arthur D. Levy
Attorneys for Defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust

Case 3:04-cv-02835-MJJ Document 140 Filed 06/24/2005 Page 5 of 6

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DATED: June 24, 2005

BEYERS, COSTIN & CASE

By: Cameron Scott Kirk by [signature]
Cameron Scott Kirk
Attorneys for Defendants West Coast Metals, Inc.; Jack. L. Gardner; and William Whitman

DATED: June 24, 2005

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: Robert S. Lawrence by [signature]
Robert S. Lawrence
Attorneys for Defendant Optical Coating Laboratory, Inc.

DATED: June 24, 2005

SEDGWICK DETERT MORAN & ARNOLD LLP

By: Maria Louise Cousineau by [signature]
Maria Louise Cousineau
Attorneys for Defendants Pacific Junk, Inc.; and the Estate of Donald S. Kesler, Deceased

DATED: June 24, 2005

LAW OFFICES OF HANS W. HERB

By: Hans W. Herb by [signature]
Hans W. Herb
Attorneys for Defendant Irving K. Kesler

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file on or before July 28, 2005, its oppositions to the following motions: (1) Optical Coating Laboratory, Inc.'s ("OCLI") Motion to Dismiss; (2) Irving Kesler's Motion for Judgment on the Pleadings; (3) the Joinders of the Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. in the Motions of OCLI and Irving Kesler;(4) the Motion for Judgment on the Pleadings of West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and

Case 3:04-cv-02835-MJJ Document 142 Filed 06/28/05 Page 6 of 6

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Richard L. Bradley through Joinder in OCLI's Motion to Dismiss; and (5) Defendants West Coast Metals, Inc., Jack L. Gardner, and William Whitman's Joinder in Defendant OCLI's Motion to Dismiss and Defendant Irving Kessler's [sic] Motion For Judgment on the Pleadings.

2. Defendants shall serve and file any reply papers on August 25, 2005.

3. All motions shall be heard on September 13, 2005 at 9:30 a.m.

4. Consistent with N.D. ADR Local Rule 6-9(c), a representative with settlement decision-making authority of all insurers or alleged insurers of the parties, including Atlantic Mutual Insurance Company, Continental Casualty Company (or other member of CNA Insurance Companies), Fireman's Fund Insurance Company, and Nationwide Insurance Company, shall attend and participate in the mediation scheduled for July 14, 2005, additional mediation sessions and other settlement discussions, as necessary and appropriate.

DATED: June 28, 2005 /s/
Hon. Martin J. Jenkins
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Martin J. Jenkins