HANS HERB (136018)
Law offices of Hans Herb
930 Shiloh Road
P.O. Box 970
Santa Rosa, CA 95402

Telephone: (707) 576-0757
Facsimile: (707) 575-0364

Attorneys for Defendant
Irving Kesler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WELDERS SUPPLY CO., INC., *et al.*;<br><br>Defendants. | Case No. C 04-02835 MJJ<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Granted |

Defendant Irving Kesler, formerly represented by counsel Douglas Provencher, SBN 77823 and Gail F. Flatt, SNB 104422 of Provencher & Flatt LLP, 823 Sonoma Avenue, Santa Rosa, CA 95404, 707-284-2380(phone), 707-284-2387(fax) herby substitutes Hans W. Herb as his attorney of record in place and stead of Douglas B. Provencher, Gail F. Flatt and Provencher & Flatt, LLP.

Dated: June 14, 2005

_____
Irving Kesler

I have given proper notice and accept this substitution.

Dated: June 14, 2005

_____
Hans W. Herb

1

HANS HERB (136018)
Law offices of Hans Herb
930 Shiloh Road
P.O. Box 970
Santa Rosa, CA 95402

Telephone: (707) 576-0757
Facsimile: (707) 575-0364

Attorneys for Defendant
Irving Kesler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WELDERS SUPPLY CO., INC., et al.;<br><br>Defendants. | Case No. C 04-02835 MJJ<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Irving Kesler, formerly represented by counsel Douglas Provencher, SBN 77823 and Gail F. Flatt, SNB 104422 of Provencher & Flatt LLP, 823 Sonoma Avenue, Santa Rosa, CA 95404, 707-284-2380(phone), 707-284-2387(fax) herby substitutes Hans W. Herb as his attorney of record in place and stead of Douglas B. Provencher, Gail F. Flatt and Provencher & Flatt, LLP.

Dated: June 14, 2005

_____
Irving Kesler

I have given proper notice and accept this substitution.

Dated: June 14, 2005

_____
Hans W. Herb

1

Substitution of Attorney

Union Pacific v. West Coast Welders
Case No. C 04 02835 MJJ

| | |
|---|---|
| 1 | |
| 2 | We consent to this substitution. |
| 3 | Dated: June 14, 2005               Provencher & Flatt LLP |
| 4 | |
| 5 | By _____<br>Douglas B. Provencher |
| 6 | Dated: June 14, 2005               Provencher & Flatt LLP |
| 7 | By _____ |
| 8 | Gail F. Flatt |
| 9 | |
| 10 | Substitution of Attorney is hereby approved. |
| 11 | |
| 12 | Dated: 6/28/2005               /s/ Hon. Martin J. Jenkins<br>United States District Judge |

APPROVED — Judge Martin J. Jenkins

2

Substitution of Attorney               *Union Pacific v. West Coast Welders*<br>Case No. C 04 02835 MJJ