E-filing

1  David E. Cranston (SBN 122558)
   Jennifer T. Taggart (SBN 180015)
2  Shiraz D. Tangri (SBN 203037)
   GREENBERG GLUSKER FIELDS CLAMAN
3  MACHTINGER & KINSELLA LLP
   1900 Avenue of the Stars, Suite 2100
4  Los Angeles, California 90067-4590
   Telephone: (310) 553-3610
5  Fax: (310) 553-0687

6  Attorneys for Plaintiff
   UNION PACIFIC RAILROAD COMPANY
7

**FILED**

JUL 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNION PACIFIC RAILROAD          | Case No. C 04-02835 MJJ
   | COMPANY;                        |
12 |                                 |
   |              Plaintiff,         | **STIPULATION AND [PROPOSED]**
13 |                                 | **ORDER FOR REVISED**
   |         v.                      | **PRETRIAL SCHEDULE**
14 |                                 |
   | WEST COAST WELDERS SUPPLY       |
15 | CO., INC., et al.;              |
   |                                 |
16 |              Defendants.        |

17

18       This Stipulation is made and entered into by the parties in this action, with
19  reference to the following:
20       WHEREAS, Plaintiff Union Pacific Railroad Company filed its Third
21  Amended Complaint on January 7, 2005;
22       WHEREAS, following the May 3, 2005, Case Management Conference, the
23  Court issued the amended Pretrial Order, dated May 3, 2005, establishing a trial
24  date and related cut-off dates for this action;
25       WHEREAS, the parties attended mediation on June 21, 2005, before the
26  Hon. William L. Bettinelli (Ret.) of JAMS and agreed with the mediator's
27  recommendation to attend a further mediation on July 14, 2005;
28  ///

1
Stipulation and Order for Revised Pretrial Schedule - C-04-2835 MJJ

WHEREAS, the parties attended mediation on July 14, 2005, before the Hon. William L. Bettinelli (Ret.) of JAMS and the parties and mediator agreed that substantial progress was made towards resolution of this matter at that mediation;

WHEREAS, the parties remain interested in attempting to resolve this matter early in the litigation, *inter alia*, to minimize litigation costs and conserve judicial resources;

WHEREAS, at the July 14, 2005 mediation, Judge Bettinelli recommended and the parties agreed to proceed with a further mediation, and to pursue other settlement discussions; and

WHEREAS, the first available date for the further mediation is September 6, 2005, due to the unavailability of the mediator and of as counsel and insurance carriers for the parties;

WHEREAS, the parties believe that the September 6, 2005 mediation, additional mediation sessions and other settlement discussions (collectively, the "Mediation") will be facilitated by an order of this Court to continue the deadlines in the Pretrial Order to allow the parties to complete settlement discussions and memorialize a settlement agreement, as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| Further Status Conference | 11/15/2005 | 2/14/2006 |
| Non-expert Discovery Cutoff | 1/27/2006 | 4/28/2006 |
| Expert Designations | 2/3/2006 | 5/5/2006 |
| Expert Reports | 2/10/2006 | 5/12/2006 |
| Supplemental Expert Designations/Reports | 2/24/2006 | 5/26/2006 |
| Last Day to Hear Dispositive Motions | 5/2/2006 | 8/8/2006 |
| Settlement Conference | June 2006 | September 2006 |
| Final Pretrial Conference | 7/18/2006 | 10/3/2006 |
| Trial | 7/31/2006 | 10/17/2006 |

16   M.T.

1   WHEREAS, the parties believe that good cause exists to modify the Pretrial
2   Order to allow the parties to continue settlement discussions, prepare for
3   Mediation, minimize litigation costs, and conserve judicial resources;
4   NOW, THEREFORE, IT IS HEREBY STIPULATED that the parties
5   through their counsel of record request an Order as follows:

6   1. The Further Status Conference shall be continued from November 15,
7   2005 to February 14, 2006 at 2:00 p.m;
8   2. The Non-Expert Discovery Cut-off shall be continued from January
9   27, 2006 to April 28, 2006;
10  3. Expert Designations shall be served on or before May 5, 2006;
11  4. Expert Reports shall be served on or before May 12, 2006;
12  5. Supplemental Expert Reports and Designations shall be served on or
13  before May 26, 2006;
14  6. The Dispositive Motions Deadline shall be continued from May 2,
15  2006 to August 8, 2006;
16  7. The Settlement Conference shall be scheduled to be held before
17  Magistrate Judge Spero to take place in September 2006;
18  8. The Final Pretrial Conference shall be continued from July 18, 2006
19  to October 3, 2006 at 3:30 p.m.; and
20  9. The Commencement of Trial Date shall be continued from July 31,
21  2006 to October 16, 2006 at 8:30 a.m. M.T.

23  DATED: July 22, 2005          GREENBERG GLUSKER FIELDS CLAMAN
                                   MACHTINGER & KINSELLA LLP

                                   By: _____
                                        Shiraz D. Tangri
                                        Attorneys for Plaintiff

3

Stipulation and Order for Revised Pretrial Schedule - C-04-2835 MJJ

DATED: July 22, 2005

LEVY, RAM & OLSON, L.L.P.

By: _Heather D. Mills by /s/_
    Arthur D. Levy
Attorneys for Defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust

DATED: July 22, 2005

BEYERS, COSTIN & CASE

By: _Cameron Scott Kirk by /s/_
    Cameron Scott Kirk
Attorneys for Defendants West Coast Metals, Inc.; Jack. L. Gardner; and William Whitman

DATED: July 26, 2005

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: _Robert S. Lawrence by /s/_
    Robert S. Lawrence
Attorneys for Defendant
Optical Coating Laboratory, Inc.

DATED: July __, 2005

SEDGWICK DETERT MORAN & ARNOLD LLP

By:_____
    Maria Louise Cousineau
Attorneys for Defendants Pacific Junk, Inc.; and the Estate of Donald S. Kesler, Deceased

DATED: July 22, 2005

LAW OFFICES OF HANS W. HERB

By: _Hans W. Herb by /s/_
    Hans W. Herb
Attorneys for Defendant Irving K. Kesler

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

| | | |
|---|---|---|
| 1 | DATED: July __, 2005 | LEVY, RAM & OLSON, L.L.P. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Arthur D. Levy<br>Attorneys for Defendants West Coast Welders |
| 5 | | Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust |
| 6 | | |
| 7 | DATED: July __, 2005 | BEYERS, COSTIN & CASE |
| 8 | | |
| 9 | | By: _____<br>Cameron Scott Kirk |
| 10 | | Attorneys for Defendants West Coast Metals, Inc.; Jack. L. Gardner; and William Whitman |
| 11 | | |
| 12 | DATED: July __, 2005 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| 13 | | |
| 14 | | By: _____<br>Robert S. Lawrence |
| 15 | | Attorneys for Defendant<br>Optical Coating Laboratory, Inc. |
| 16 | | |
| 17 | DATED: July 22, 2005 | SEDGWICK DETERT MORAN & ARNOLD LLP |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Maria Louise Cousineau<br>Attorneys for Defendants Pacific Junk, Inc.; and the Estate of Donald S. Kesler, Deceased |
| 21 | | |
| 22 | DATED: July __, 2005 | LAW OFFICES OF HANS W. HERB |
| 23 | | |
| 24 | | By: _____ |
| 25 | | Hans W. Herb<br>Attorneys for Defendant Irving K. Kesler |
| 26 | | |
| 27 | | |
| 28 | | |

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. The Further Status Conference shall be continued from November 15, 2005 to February 14, 2006 at 2:00 p.m.;
2. The Non-Expert Discovery Cut-off shall be continued from January 27, 2006 to April 28, 2006;
3. Expert Designations shall be served on or before May 5, 2006;
4. Expert Reports shall be served on or before May 12, 2006;
5. Supplemental Expert Reports and Designations shall be served on or before May 26, 2006;
6. The Dispositive Motions Deadline shall be continued from May 2, 2006 to August 8, 2006;
7. The Settlement Conference shall be scheduled to be held before Magistrate Judge Spero to take place in September 2006;
8. The Final Pretrial Conference shall be continued from July 18, 2006 to October 3, 2006 at 3:30 p.m.; and
9. The Commencement of Trial Date shall be continued from July 31, 2006 to October 16, 2006 at 8:30 a.m. MJJ

DATED: 7/27, 2005

Hon. Martin J. Jenkins
United States District Judge