E-FILING

1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350
   pandre@perkinscoie.com
5  lkobialka@perkinscoie.com

6  DAVID R. BURTT, Bar No. 201220
   JONMI N. KOO, Bar No. 233136
7  PERKINS COIE LLP
   180 Townsend Street, 3rd Floor
8  San Francisco, CA 94107
   Telephone: (415) 344-7000
9  Facsimile: (415) 344-7050
   dburtt@perkinscoie.com
10 jkoo@perkinscoie.com

11 Attorneys for Plaintiff
   SIGMA DYNAMICS, INC.
12

**FILED**

JUL 27 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15                 SAN FRANCISCO DIVISION
16

17 SIGMA DYNAMICS, INC., a Delaware       Case No: C 05-1852 MJJ
   corporation,
18                                         **JOINT STIPULATION
              Plaintiff,                   DISMISSING ACTION**
19
        v.
20
   EPIPHANY, INC., a Delaware corporation,
21
              Defendant.
22

23
        Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiff, Sigma Dynamics, Inc.
24
   and defendant Epiphany, Inc. hereby stipulate to the dismissal, with prejudice, of the above-
25
   captioned action. Pursuant to this stipulation, the parties agree to bear their own costs and
26
   attorneys' fees.
27

28

JOINT STIPULATION DISMISSING ACTION
Case No: C 05-1852 MJJ

1  Accordingly, the parties hereby request that the Court enter this Order, dismissing Sigma
2  Dynamics, Inc.'s claims against Epiphany, Inc., with prejudice.

Respectfully submitted,

ON BEHALF OF SIGMA DYNAMICS, INC.

Dated:  
                                /s/  
PAUL ANDRE  
Of Perkins Coie LLP

ON BEHALF OF EPIPHANY, INC.

Dated:  
                                /s/  
DARIN SNYDER  
Of O'Melveny & Myers LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 7/27/2005

Martin J. Jenkins  
United States District Judge