David E. Cranston (SBN 122558)
Jennifer T. Taggart (SBN 180015)
Shiraz D. Tangri (SBN 203037)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590
Telephone: (310) 553-3610
Fax: (310) 553-0687

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

**FILED**
JUL 29 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY;<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WELDERS SUPPLY CO., INC., *et al.*;<br><br>Defendants. | Case No. C 04-02835 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR REVISED BRIEFING SCHEDULE AND COMPELLING INSURANCE CARRIERS TO ATTEND MEDIATION |

This Stipulation is made and entered into by the parties in this action, with reference to the following:

WHEREAS, Plaintiff Union Pacific Railroad Company filed its Third Amended Complaint on January 7, 2005;

WHEREAS, on April 28, 2005, defendant Optical Coating Laboratory, Inc. ("OCLI") filed a Motion to Dismiss the Third Amended Complaint;

WHEREAS, on May 2, 2005, defendant Irving Kesler filed a Motion for Judgment on the Pleadings;

WHEREAS, on May 2, 2005, defendants Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. filed Notices of Joinder in the motions filed by OCLI and Irving Kesler;

1

WHEREAS, on May 2, 2005, defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, as an individual and as Trustee of the Richard L. Bradley Trust, filed a Motion for Judgment on the Pleadings through Partial Joinder in OCLI's Motion to Dismiss;

WHEREAS, on May 10, 2005, defendants West Coast Metals, Inc., William Whitman, and Gardner filed a Joinder in the motions of OCLI and Irving Kesler;

WHEREAS, all of the above-referenced motions and joinders (collectively, the "Motions") were scheduled for hearing on June 7, 2005;

WHEREAS, at the May 3, 2005, Case Management Conference, the Court continued the hearing date for the Motions until July 12, 2005;

WHEREAS, as agreed to by the parties to facilitate mediation and settlement of this matter, the hearing date was continued until July 26, 2005, and the briefing schedule was modified pursuant to the Stipulation and Order For Briefing Schedule, executed by the Court on May 13, 2005;

WHEREAS, the parties attended mediation on June 21, 2005, before the Hon. William L. Bettinelli (Ret.) of JAMS and agreed with the mediator's recommendation to attend a further mediation on July 14, 2005;

WHEREAS, as further agreed to by the parties to facilitate mediation and settlement of this matter, the hearing date was continued until September 13, 2005, and the briefing schedule was modified pursuant to the Stipulation and Order For Briefing Schedule and Compelling Insurance Carriers To Attend Mediation, executed by the Court on June 28, 2005;

WHEREAS, the parties attended mediation on July 14, 2005, before the Hon. William L. Bettinelli (Ret.) of JAMS and the parties and mediator agreed that substantial progress was made towards resolution of this matter at that mediation;

WHEREAS, the parties remain interested in attempting to resolve this matter early in the litigation, *inter alia*, to minimize litigation costs and conserve judicial resources;

1  WHEREAS, at the July 14, 2005 mediation, Judge Bettinelli recommended
2  and the parties agreed to proceed with a further mediation, and to pursue other
3  settlement discussions;
4  WHEREAS, the first available date for the further mediation is September 6,
5  2005, due to the unavailability of the mediator and of counsel and insurance
6  carriers for the parties;
7  WHEREAS, the parties believe that the September 6, 2005 mediation,
8  additional mediation sessions and other settlement discussions (collectively, the
9  "Mediation") will be facilitated by an order of this Court to compel the attendance
10 and/or participation of any representatives with settlement decision-making
11 authority of any insurer or alleged insurer of the parties at the Mediation, as
12 necessary and consistent with N.D. ADR Local Rule 6-9(c); and
13 WHEREAS, the parties believe that good cause exists to continue the
14 hearing date until November 15, 2005, and to further modify the briefing schedule
15 for the Motions to allow the parties to continue settlement discussions, prepare for
16 the Mediation, minimize litigation costs, and conserve judicial resources;
17 NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through
18 their counsel of record as follows:
19  1. Plaintiff's oppositions to the Motions shall be served and filed on or
20     before September 30, 2005;
21  2. Defendants shall serve and file any reply papers on or before October
22     28, 2005;
23  3. All Motions shall be heard on November 15, 2005 at 9:30 a.m.; and
24  4. The parties request an Order compelling the attendance and
25     participation of representatives with settlement decision-making
26     authority of any insurer or alleged insurer of the parties at the
27     Mediation, including Atlantic Mutual Insurance Company,
28     Continental Casualty Company (or other member of CNA

Insurance Companies), Fireman's Fund Insurance Company, and Nationwide Insurance Company, as necessary and consistent with N.D. ADR Local Rule 6-9(c).

DATED: July 22, 2005

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: _____
Shiraz D. Tangri
Attorneys for Plaintiff

DATED: July 22, 2005

LEVY, RAM & OLSON, L.L.P.

By: Arthur D. Levy by SDT
Arthur D. Levy
Attorneys for Defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust

DATED: July 22, 2005

BEYERS, COSTIN & CASE

By: Cameron Scott Kirk by SDT
Cameron Scott Kirk
Attorneys for Defendants West Coast Metals, Inc.; Jack. L. Gardner; and William Whitman

DATED: July 25, 2005

COLLETTE ERICKSON FARMER & O'NEILL LLP

By: Robert S. Lawrence by SDT
Robert S. Lawrence
Attorneys for Defendant
Optical Coating Laboratory, Inc.

DATED: July 22, 2005

SEDGWICK DETERT MORAN & ARNOLD LLP

By: Maria Louise Cousineau by SDT
Maria Louise Cousineau
Attorneys for Defendants Pacific Junk, Inc.; and the Estate of Donald S. Kesler, Deceased

4

DATED: July 22, 2005                    LAW OFFICES OF HANS W. HERB

By: ___Hans W. Herb by___
Hans W. Herb
Attorneys for Defendant Irving K. Kesler

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1.  Plaintiff shall serve and file on or before September 30, 2005, its oppositions to the following motions: (1) Optical Coating Laboratory, Inc.'s ("OCLI") Motion to Dismiss; (2) Irving Kesler's Motion for Judgment on the Pleadings; (3) the Joinders of the Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. in the Motions of OCLI and Irving Kesler; (4) the Motion for Judgment on the Pleadings of West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley through Joinder in OCLI's Motion to Dismiss; and (5) Defendants West Coast Metals, Inc., Jack L. Gardner, and William Whitman's Joinder in Defendant OCLI's Motion to Dismiss and Defendant Irving Kessler's [sic] Motion For Judgment on the Pleadings.

2.  Defendants shall serve and file any reply papers on or before October 28, 2005.

3.  All motions shall be heard on November 15, 2005 at 9:30 a.m.

4.  Consistent with N.D. ADR Local Rule 6-9(c), a representative with settlement decision-making authority of all insurers or alleged insurers of the parties, including Atlantic Mutual Insurance Company, Continental Casualty Company (or other member of CNA Insurance Companies), Fireman's Fund Insurance Company, and Nationwide

Insurance Company, shall attend and participate in the mediation scheduled for September 6, 2005, additional mediation sessions and other settlement discussions, as necessary and appropriate.

DATED: _____, 2005  _____
Hon. Martin J. Jenkins
United States District Judge