David E. Cranston (SBN 122558)
Jennifer T. Taggart (SBN 180015)
Shiraz D. Tangri (SBN 203037)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590
Telephone: (310) 553-3610
Fax: (310) 553-0687

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY;<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST WELDERS SUPPLY CO., INC., *et al.*;<br><br>Defendants. | Case No. C 04-02835 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING MOTIONS FROM CALENDAR** |

This Stipulation is made and entered into by the parties in this action, with reference to the following:

WHEREAS, Plaintiff Union Pacific Railroad Company filed its Third Amended Complaint on January 7, 2005;

WHEREAS, all defendants except Optical Coating Laboratory, Inc. ("OCLI") have answered the Third Amended Complaint;

WHEREAS, on April 28, 2005, defendant OCLI filed a Motion to Dismiss the Third Amended Complaint;

WHEREAS, on May 2, 2005, defendant Irving Kesler filed a Motion for Judgment on the Pleadings;

///

1

WHEREAS, on May 2, 2005, defendants Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. filed Notices of Joinder in the motions filed by OCLI and Irving Kesler;

WHEREAS, on May 2, 2005, defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, as an individual and as Trustee of the Richard L. Bradley Trust, filed a Motion for Judgment on the Pleadings through Partial Joinder in OCLI's Motion to Dismiss;

WHEREAS, on May 10, 2005, defendants West Coast Metals, Inc., William Whitman, and Gardner filed a Joinder in the motions of OCLI and Irving Kesler;

WHEREAS, all of the above-referenced motions and joinders (collectively, the "Motions") were scheduled for hearing on June 7, 2005;

WHEREAS, at the May 3, 2005, Case Management Conference, the Court continued the hearing date for the Motions until July 12, 2005;

WHEREAS, as agreed to by the parties to facilitate mediation and settlement of this matter, the hearing date was continued until November 15, 2005, and the briefing schedule was modified pursuant to (1) the Stipulation and Order For Briefing Schedule, executed by the Court on May 13, 2005; (2) the Stipulation and Order For Briefing Schedule and Compelling Insurance Carriers To Attend Mediation, executed by the Court on June 28, 2005, and (3) the Stipulation and Order For Revised Briefing Schedule and Compelling Insurance Carriers To Attend Mediation, executed by the Court on July 29, 2005;

WHEREAS, on or about July 27, 2005, the Court requested that the parties remove the Motions from the Court's calendar, without prejudice to re-file them at a later date; and

WHEREAS, the parties are amenable to removing the Motions from the Court's calendar to allow the parties to continue settlement discussions, prepare for the Mediation, minimize litigation costs, and conserve judicial resources;

///

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

1. Defendants hereby remove from the Court's calendar their respective Motions, the hearing of which is scheduled for November 15, 2005, without prejudice to re-filing the Motions; and

2. OCLI's time to serve and file its answer or other pleading responsive to the Third Amended Complaint is hereby extended up to and including October 14, 2005.

DATED: August 4, 2005     GREENBERG GLUSKER FIELDS CLAMAN
                          MACHTINGER & KINSELLA LLP

                          By: _____
                              Shiraz D. Tangri
                              Attorneys for Plaintiff

DATED: August 4, 2005     LEVY, RAM & OLSON, L.L.P.

                          By: Heather M. Mills by _____
                              Arthur D. Levy
                              Attorneys for Defendants West Coast Welders
                              Supply Co., Inc.; West Coast Scrap Producers,
                              Inc.; and Richard L. Bradley, for himself and
                              as Trustee of the Richard L. Bradley Trust

DATED: August 4, 2005     BEYERS, COSTIN & CASE

                          By: Cameron Scott Kirk by _____
                              Cameron Scott Kirk
                              Attorneys for Defendants West Coast Metals,
                              Inc.; Jack. L. Gardner; and William Whitman

DATED: August __, 2005    COLLETTE ERICKSON FARMER &
                          O'NEILL LLP

                          By: _____
                              Robert S. Lawrence
                              Attorneys for Defendant
                              Optical Coating Laboratory, Inc.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record as follows:

1. Defendants hereby remove from the Court's calendar their respective Motions, the hearing of which is scheduled for November 15, 2005, without prejudice to re-filing the Motions; and

2. OCLI's time to serve and file its answer or other pleading responsive to the Third Amended Complaint is hereby extended up to and including October 14, 2005.

DATED: August ___, 2005  GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: _____
Shiraz D. Tangri
Attorneys for Plaintiff

DATED: August ___, 2005  LEVY, RAM & OLSON, L.L.P.

By: _____
Arthur D. Levy
Attorneys for Defendants West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley, for himself and as Trustee of the Richard L. Bradley Trust

DATED: August ___, 2005  BEYERS, COSTIN & CASE

By: _____
Cameron Scott Kirk
Attorneys for Defendants West Coast Metals, Inc.; Jack. L. Gardner; and William Whitman

DATED: August 3, 2005  COLLETTE ERICKSON FARMER & O'NEILL LLP

By: _____
Robert S. Lawrence
Attorneys for Defendant
Optical Coating Laboratory, Inc.

| | | |
|---|---|---|
| DATED: August 4, 2005 | | SEDGWICK DETERT MORAN & ARNOLD LLP |

By: *Maria Louise Cousineau by [signature]*
    Maria Louise Cousineau
    Attorneys for Defendants Pacific Junk, Inc.;
    and the Estate of Donald S. Kesler, Deceased

DATED: August 4, 2005    LAW OFFICES OF HANS W. HERB

By: *Hans W. Herb by [signature]*
    Hans W. Herb
    Attorneys for Defendant Irving K. Kesler

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. The following motions are removed from the Court's calendar, without prejudice to re-filing: (1) Optical Coating Laboratory, Inc.'s ("OCLI") Motion to Dismiss; (2) Irving Kesler's Motion for Judgment on the Pleadings; (3) the Joinders of the Estate of Donald Kesler, Deceased, and Pacific Junk, Inc. in the Motions of OCLI and Irving Kesler; (4) the Motion for Judgment on the Pleadings of West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; and Richard L. Bradley through Joinder in OCLI's Motion to Dismiss; and (5) Defendants West Coast Metals, Inc., Jack L. Gardner, and William Whitman's Joinder in Defendant OCLI's Motion to Dismiss and Defendant Irving Kessler's [sic] Motion For Judgment on the Pleadings;

2. The hearing date of November 15, 2005, is vacated; and

3. OCLI's time to serve and file its answer or other pleading responsive to the Third Amended Complaint is hereby extended up to and including October 14, 2005.

DATED: 8/10/2005 ___, 2005 _____
Hon. Martin J. Jenkins
United States District Judge