DAVID E. CRANSTON (SBN 122558)
SHIRAZ D. TANGRI (SBN 203037)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles,  California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | Case No. C 04-2835 MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF OPERATOR DEFENDANTS |
| vs. | |
| WEST COAST WELDERS SUPPLY CO., INC., *et al.*, | Granted |
| Defendants. | |

Pursuant to Pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the parties to this Stipulation hereby stipulate to the dismissal of the claims between and against each other in this action on the following terms and conditions and request that the Court so order:

## RECITALS

This Stipulation is entered into by Plaintiff Union Pacific Railroad Company ("UPRC") and defendants Richard L. Bradley, individually and as Trustee of the Richard L. Bradley Trust; West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; the Estate of Donald S. Kesler, Deceased; Irving Kesler; Pacific Junk, Inc.; Jack L. Gardner; William Whitman and West Coast Metals, Inc. (collectively, "Operator Defendants") with reference to the following facts:

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

A. On July 14, 2004, UPRC filed its Complaint in this action against Richard L. Bradley, individually and as Trustee of the Richard L. Bradley Trust; West Coast Welders Supply Co., Inc.; West Coast Scrap Producers, Inc.; the Estate of Donald S. Kesler, Deceased; Pacific Junk, Inc.; Jack L. Gardner; William Whitman and West Coast Metals, Inc. The Complaint asserted causes of action for contribution and declaratory relief under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA"), nuisance, trespass, express indemnity, equitable indemnity and declaratory relief. UPRC alleges in this action that the defendants are liable for the release of hazardous substances into the environment on, under, and around the real property known as 99 Frances Street, Santa Rosa, California.

B. UPRC filed its Amended Complaint on September 9, 2004, asserting the same causes of action against the above defendants and Irving K. Kesler.

C. On December 6, 2004, UPRC filed its Second Amended Complaint asserting the same causes of action against the defendants named in the Second Amended Complaint and Optical Coating Laboratory, Inc. ("OCLI").

D. UPRC filed its Third Amended Complaint on January 7, 2005, against the same defendants named in the Second Amended Complaint. In addition to the causes of action previously asserted, UPRC sought contribution/indemnity and declaratory relief under the California Hazardous Substances Account Act, California Health & Safety Code section 25300 *et seq.*

E. Certain Operator Defendants have filed cross-claims against other Operator Defendants and/or OCLI.

F. To avoid further litigation costs and to avoid the uncertainties of trial, UPRC and the Operator Defendants have entered into a settlement agreement that resolves all causes of actions between UPRC and the Operator Defendants. As part of this settlement, the Settling Parties agreed to dismiss with prejudice their respective claims between and against each other, including any cross-claims.

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

G.   The settlement agreement does not resolve claims against OCLI.

## **STIPULATIONS OF DISMISSAL**

1.   All claims by UPRC against all Operator Defendants are hereby DISMISSED WITH PREJUDICE.

2.   All cross-claims by Irving L. Kesler against The Estate of Donald S. Kesler and Pacific Junk, Inc. are hereby dismissed WITH PREJUDICE. Otherwise, all of the Operator Defendants' cross-claims between and against each other are hereby DISMISSED WITHOUT PREJUDICE.

3.   All cross-claims by Richard L. Bradley, West Coast Welders Supply Co., Inc., and West Coast Scrap Producers, Inc. against OCLI are hereby dismissed WITHOUT PREJUDICE.  Except as so expressly provided, nothing in this Stipulation shall impair any rights, claims or cross-claims of any Settling Party against OCLI, or otherwise inure to the benefit of OCLI.

4.   UPRC and the Operator Defendants, and each of them, are to pay their own costs and attorneys' fees incurred in connection with the claims dismissed.

DATED: January 26, 2006    GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP


By: _____
    DAVID E. CRANSTON
    Attorneys for Plaintiff
    UNION PACIFIC RAILROAD COMPANY

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  DATED: January 26, 2006          LEVY, RAM & OLSON LLP

2

3                                     By: _Arthur D. Levy_____

4                                        ARTHUR D. LEVY
                                        Attorneys for Defendants
5                                       WEST COAST WELDERS SUPPLY CO.,
                                        INC.; WEST COAST SCRAP
6                                       PRODUCERS, INC. AND RICHARD L.
                                        BRADLEY, as an Individual and as Trustee
7                                       of the Richard L. Bradley Trust

8  DATED: January ___, 2006          BEYERS | COSTIN

9

10

11                                    By: _____
                                        CAMERON SCOTT KIRK
12                                      Attorneys for Defendants
                                        WEST COAST METALS, INC.; JACK L.
13                                      GARDNER and WILLIAM WHITMAN

14

15

16  DATED: January ___, 2006          LAW OFFICES OF HANS HERB

17

18

19                                    By: _____
                                        HANS W. HERB
20                                      Attorneys for Defendant
                                        IRVING K. KESLER

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  DATED: January ___, 2006          LEVY, RAM & OLSON LLP

2

3                                     By:_____

4                                         ARTHUR D. LEVY
                                          Attorneys for Defendants
5                                         WEST COAST WELDERS SUPPLY CO.,
                                          INC.; WEST COAST SCRAP
6                                         PRODUCERS, INC. AND RICHARD L.
                                          BRADLEY, as an Individual and as Trustee
7                                         of the Richard L. Bradley Trust

8  DATED: January 24, 2006            BEYERS | COSTIN

9

10

11                                    By:_____

12                                        CAMERON SCOTT KIRK
                                          Attorneys for Defendants
13                                        WEST COAST METALS, INC.; JACK L.
                                          GARDNER and WILLIAM WHITMAN
14

15

16 DATED: January ___, 2006           LAW OFFICES OF HANS HERB

17

18

19                                    By:_____

20                                        HANS W. HERB
                                          Attorneys for Defendant
                                          IRVING K. KESLER
21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  DATED: January ___, 2006      LEVY, RAM & OLSON LLP

2

3                                By:_____

4                                    ARTHUR D. LEVY
                                     Attorneys for Defendants
5                                    WEST COAST WELDERS SUPPLY CO.,
                                     INC.; WEST COAST SCRAP
6                                    PRODUCERS, INC. AND RICHARD L.
                                     BRADLEY, as an Individual and as Trustee
7                                    of the Richard L. Bradley Trust

8  DATED: January ___, 2006      BEYERS | COSTIN

9

10

11                               By:_____

12                                   CAMERON SCOTT KIRK
                                     Attorneys for Defendants
13                                   WEST COAST METALS, INC.; JACK L.
                                     GARDNER and WILLIAM WHITMAN

14

15

16  DATED: January 23, 2006      LAW OFFICES OF HANS HERB

17

18

19                               By:_____

20                                   HANS W. HERB
                                     Attorneys for Defendant
21                                   IRVING K. KESLER

22

23

24

25

26

27

28

1517127.1
88151-00014

DATED: January 23, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
MARIA LOUISE COUSINEAU
Attorneys for Defendant
THE ESTATE OF DONALD S. KESLER
and PACIFIC JUNK, INC.


DATED: January ___, 2006    COLLETTE, ERICKSON, FARMER & O'NEILL


By:_____
JOHN V. ERICKSON
Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.


    IT IS SO ORDERED.

DATED: _____    _____
THE HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1517127.1
88151-00014

DATED: January ___, 2006

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
     MARIA LOUISE COUSINEAU
     Attorneys for Defendant
     THE ESTATE OF DONALD S. KESLER
     and PACIFIC JUNK, INC.

DATED: January ___, 2006

COLLETTE, ERICKSON, FARMER & O'NEILL

By:_____
     JOHN V. ERICKSON
     Attorneys for Defendant
     OPTICAL COATING LABORATORY, INC.

IT IS SO ORDERED.

DATED: 2/6/2006 _____

THE HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1517127.1
88151-00014