DAVID E. CRANSTON (SBN 122558)
SHIRAZ D. TANGRI (SBN 203037)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST WELDERS SUPPLY CO., INC., et al.,<br><br>Defendants. | Case No. C 04-2835 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDED PRETRIAL ORDER |

This Stipulation is made and entered into by the remaining parties in this action, Union Pacific Railroad Company ("UPRC") and Optical Coating Laboratory, Inc. ("OCLI"), with reference to the following:

WHEREAS, Plaintiff Union Pacific Railroad Company filed its Third Amended Complaint on January 7, 2005;

WHEREAS, following the May 3, 2005, Case Management Conference, the Court issued the amended Pretrial Order, dated May 3, 2005, establishing a trial date and related cut-off dates for this action;

WHEREAS, the parties attended mediation on June 21, 2005 and July 14, 2005, before the Hon. William L. Bettinelli (Ret.) of JAMS and agreed with the mediator's recommendation to attend a further mediation;

---
STIPULATION AND ORDER FOR SECOND AMENDED PRETRIAL ORDER - C 04-2835 MJJ

WHEREAS, the parties submitted a stipulation to amend the dates set in the Pretrial Order, which was ordered by the Court on July 27, 2005 (the "Revised Pretrial Schedule");

WHEREAS, the parties attended a further mediation on September 6, 2005, before the Hon. William L. Bettinelli (Ret.) and have conducted subsequent discussions regarding settlement;

WHEREAS, those mediation sessions and ongoing related discussions recently resulted in a settlement and dismissal of all claims between and among the parties to this action with the exception of UPRC's claims against OCLI;

WHEREAS, UPRC, OCLI and the mediator agreed that substantial progress was made towards resolution of this matter in prior mediation sessions and related discussions, and such discussions are continuing;

WHEREAS, UPRC and OCLI remain interested in attempting to resolve this matter early in the litigation, inter alia, to minimize litigation costs and conserve judicial resources;

WHEREAS, UPRC and OCLI believe that further settlement discussions will be facilitated by an order of this Court to continue certain deadlines in the Revised Pretrial Schedule to allow the parties to complete settlement discussions and, if such discussions are successful, to memorialize them by written settlement agreement, as follows:

| Description | Current Date | Proposed Date |
| --- | --- | --- |
| Further Status Conference | 2/14/2006 | 3/21/2006 |
| Non-expert Discovery Cutoff | 4/28/2006 | 6/16/2006 |
| Expert Designations | 5/5/2006 | 6/2/2006 |
| Expert Reports | 5/12/2006 | 6/9/2006 |
| Supplemental Expert Designations/Reports | 5/26/2006 | 6/23/2006 |
| Last Day to Hear Dispositive Motions | 8/8/2006 | 8/22/2006 |
| Settlement Conference | September 2006 | September 2006 |
| Final Pretrial Conference | 10/3/2006 | 10/3/2006 |
| Trial | 10/16/2006 | 10/16/2006 |

WHEREAS, the parties believe that good cause exists to modify the Pretrial Order to allow the parties to continue settlement discussions, prepare for Mediation, minimize litigation costs, and conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the parties through their counsel of record request an Order as follows:

1. The Further Status Conference shall be continued from February 14, 2006 to March 21, 2006 at 2:00 p.m;
2. The Non-Expert Discovery Cut-off shall be continued from April 28, 2006 to June 16, 2006;
3. Expert Designations shall be served on or before June 2, 2006;
4. Expert Reports shall be served on or before June 9, 2006;
5. Supplemental Expert Reports and Designations shall be served on or before June 23, 2006;
6. The Dispositive Motions Deadline shall be continued from August 8, 2006 to August 22, 2006;
7. The Settlement Conference shall remain on schedule to be held before Magistrate Judge Spero in September 2006;
8. The Final Pretrial Conference shall remain on schedule for October 3, 2006 at 3:30 p.m.; and
9. The Commencement of Trial Date shall remain on schedule for October 16, 2006 at 8:30 a.m.

DATED: February 2, 2006    GREENBERG GLUSKER FIELDS CLAMAN
                           MACHTINGER & KINSELLA LLP


                           By: _____
                               SHIRAZ D. TANGRI
                               Attorneys for Plaintiff
                               UNION PACIFIC RAILROAD COMPANY

DATED: February 2, 2006          COLLETTE, ERICKSON, FARMER &
                                 O'NEILL


By: *Robert Scott Lawrence by [sig]*
ROBERT SCOTT LAWRENCE
Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.


IT IS SO ORDERED.

DATED: 2/6/2006                  _____
                                 THE HON. MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

STIPULATION AND ORDER FOR SECOND AMENDED PRETRIAL ORDER - C 04-2835 MJJ
-4-